UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE LAMONT HICKS,

                Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

23-CV-6848 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Movant Willie Lamont Hicks, who is proceeding *pro se*, is presently facing felony charges for conspiracy to commit wire and mail fraud in the United States District Court for the District of Maryland. *See Hicks v. United States*, No. 8:21-CR-0500 (TDC) (D. Md. filed Dec. 22, 2021). Hicks filed this motion under 28 U.S.C. § 2255 in which he does not clearly articulate the claims that he is attempting to assert. The Court, however, understands that he is challenging the validity of his criminal proceedings and the pending charges. Because Hick's criminal proceedings are in the District of Maryland, under Local Civil Rule 83.1, this action is hereby transferred to the United States District Court for the District of Maryland.

## CONCLUSION

In the interest of justice, the Court directs the Clerk of Court to transfer this action to the United States District Court for the District of Maryland. *See* 28 U.S.C. § 1631.

Whether Hicks should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. This order closes this case in this court.

Because the motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 4, 2023
    New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
